UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVID RICHARD,<br><br>    Plaintiff,<br><br>vs.<br><br>RELIANT HOLDINGS, LTD.; RELIANT DRY ICE LTD d/b/a RELIANT DRY ICE LIMITED PARTNERSHIP; RELIANT EMPLOYMENT SERVICES LTD. d/b/a RELIANT EMPLOYMENT SERVICES LIMITED PARTNERSHIP; "DOE(S) 1-100" employees of RELIANT HOLDINGS, LTD., RELIANT DRY ICE LTD. d/b/a RELIANT DRY ICE LIMITED PARTNERSHIP, and/or RELIANT EMPLOYMENT SERVICES LTD. d/b/a RELIANT EMPLOYMENT SERVICES LIMITED PARTNERSHIP; and "CORPORATION(S) XYZ 1-100,"<br><br>    Defendants. | Civil Action No. 2:24-cv-00724-BJR<br><br>STIPULATION FOR LEAVE FOR DEFENDANTS TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT AND ORDER |

### I.  STIPULATION

IT IS HEREBY STIPULATED by and between Defendants Reliant Holdings, LTD., Reliant Dry Ice LTD. d/b/a Reliant Dry Ice Limited Partnership; Reliant Employment Services LTD. d/b/a Reliant Employment Services Limited Partnership ("Defendants") and David Richard ("Plaintiff") that Defendants may file an Amended Answer with Affirmative Defenses.

This Stipulation is made pursuant Fed. R. Civ. P. 15(a)(2), which allows amendment(s)

STIPULATION FOR LEAVE FOR DEFENDANTS TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT- 1
2:24-cv-00724-BJR

148410090.1

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

1  without motion to the court on written consent of the parties.  A copy of the proposed Amended
2  Answer with tracked changes is filed concurrently with this stipulation.
3        By executing this stipulation, no party herein waives, but specifically reserves any
4  previously held rights, claims, and/or defenses.
5        DATED December 2, 2024.
6  Presented by:

7  LEWIS BRISBOIS BISGAARD & SMITH LLP

8  *s/Christopher E. Hawk*
9  Christopher E. Hawk, WSBA #43307

10 *s/Kaytlin L. Carlson*
11 Kaytlin L. Carlson, WSBA #52606
   1111 Third Avenue, Suite 2700
12 Seattle, Washington 98101
   (206) 436-2020
13 Chris.Hawk@lewisbrisbois.com
   Kaytlin.Carlson@lewisbrisbois.com
14 Attorneys for Defendants

15

16 AKW Law, PC

17

18 *s/Ada Wong*
   Ada Wong, WSBA #45936
19

20 *s/Rolf Gardner Toren*
   Rolf Gardner Toren, WSBA #58597
21 12055 15th Avenue NE, Suite 200
   Seattle, WA 98125
22 (206) 259-1259 / (855) 925-9529
   Attorneys for Plaintiff
23

24

25

26

27

STIPULATION FOR LEAVE FOR DEFENDANTS TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT- 2
2:24-cv-00724-BJR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

148410090.1

1  PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED

2      DATED this 2nd day of December, 2024.

*Barbara J Rothstein*
_____
Barbara Jacobs Rothstein
U.S. District Court Judge

STIPULATION FOR LEAVE FOR DEFENDANTS TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT- 3
2:24-cv-00724-BJR

LEWIS BRISBOIS BISGAARD & SMITH LLP
1111 Third Avenue, Suite 2700
Seattle, Washington 98101
206.436.2020

148410090.1